# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | | |
|---|---|---|
| **FRANK BATES** | ) | |
| | ) | |
| | ) | **CIVIL ACTION NO.:** |
| | ) | **2:14-cv-01066-WKW-WC** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **COLLECTIVE ACTION** |
| | ) | |
| **HYUNDAI MOTOR** | ) | |
| **MANUFACTURING OF** | ) | |
| **ALABAMA, LLC** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

## VOLUNTARY DISMISSAL OF ACTION

Come now, Frank Bates, and Marcella Isom, through counsel and pursuant to Federal Rule of Civil Procedure 41(a) and dismiss this action without prejudice.

Respectfully submitted,

*/s/Lee Winston*
Lee D. Winston
Roderick T. Cooks
Counsel for the Plaintiff

**OF COUNSEL**
WINSTON COOKS, LLC
2 20th Street North, Suite 1330
Birmingham, Alabama 35203
Tel: 205-502-0912
Fax: 205-278-5876
Email: lwinston@winstoncooks.com

**CERTIFICATE OF SERVICE**

I certify that I served the following person via Fed Ex Ground postage prepaid.

Christopher N. Smith-Registered Agent
Hyundai Motor Manufacturing of Alabama, LLC
700 Hyundai Blvd
Montgomery, AL. 36104

This the 3rd day of November 2014.

s/Lee Winston